# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2012

146215 & (15)(16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GEORGE RODRIGUEZ a/k/a GEORGE
RODRIGUES, and MARY RODRIGUEZ,
      Plaintiffs-Appellants,

v

BANK OF AMERICA,
      Defendant-Appellee,
and

MERS, QUICKEN LOANS, and WAYNE
COUNTY,
      Defendants.

SC: 146215
COA: 312626
Wayne CC: 12-002377-CH

_____/

     On order of the Court, the application for leave to appeal the November 1, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to stay and waive bond are DENIED.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2012

_____
Clerk

t1204